CITY OF LITTLE FALLS, Appellant, v. JOHN C. REARDON and Others, Defendants, and LITTLE FALLS NATIONAL BANK, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and motion to strike out the answer and for summary judgment granted, with ten dollars costs, on the authority of

*Mongaup Valley Company, Inc.*, v. *Orange Rod & Gun Club, Inc.* (253 App. Div. 465; affd., 280 N. Y. 582). All concur. (The order denies plaintiff's motion to strike out the answer of defendant bank and for entry of summary judgment in favor of plaintiff.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.